IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02926-BNB

KENNETH R. SMITH,

    Plaintiff,

v.

WELD COUNTY COMMISSIONERS, et al.,
JOHN COOKE, Sheriff of Weld County,
DAVID BADLEY,
CHRISTOPHER DUPREE,
ERIC SCHWALBERT,
CORRECTIONAL HEALTH CARE MANAGEMENT, and
AMY, Employee of Correctional Healthcare Management,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff filed a "Motion for Extension of Time/Motion to Amend Complaint" on December 16, 2011 (Doc. #4) requesting an additional sixty days to comply with the Court's November 15, 2011 Order Directing Plaintiff to Cure Deficiencies. The motion is granted, in part, as follows:

    Plaintiff shall have **thirty (30) days from the date of this Minute Order** to comply with the Court's November 15 Order to Cure. Failure to comply with this Minute Order will result in dismissal of the Complaint and this action without prejudice and without further notice. *See* November 15 Order Directing Plaintiff to Cure Deficiencies.

Dated:  December 19, 2011